```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF TENNESSEE
                       WESTERN DIVISION
```

```
JAE HYOP LEE,                     )
                                  )
     Petitioner,                  )
                                  )
v.                                )    No. 11-2727
                                  )
ERIC H. HOLDER, JR., et al.,      )
                                  )
     Respondents.                 )
```

## ORDER

On August 8, 2012, the Court filed an Order Transferring Petitioner Jae Hyop Lee's ("Lee") Habeus Corpus petition to the Western District of Louisiana. (ECF No. 9.) On September 5, 2012, Respondents filed a Motion to Alter or Amend Judgment seeking to retain the case in the Western District of Tennessee, and a Motion to Dismiss Lee's Writ of Habeus Corpus. (ECF No. 11.) Lee has not responded.

On September 6, 2012, Respondents filed a Notice of Withdrawal of their Motion to Alter and Amend judgment and their Motion to Dismiss because the case transfer had already been completed. (ECF No. 12.) Lee has not responded. For good cause shown, the Respondents' Motions are deemed withdrawn and the Court will not reconsider its Order transferring Lee's case to the Western District of Louisiana.

So ordered this 1st day of April, 2013.

                                                s/ Samuel H. Mays, Jr.\_\_\_\_
                                                SAMUEL H. MAYS, JR.
                                                UNITED STATES DISTRICT JUDGE