```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF TENNESSEE
                        WESTERN DIVISION
```

| | |
|---|---|
| JAE HYOP LEE, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| v. | )   No. 11-2727 |
| | ) |
| ERIC H. HOLDER, JR., et al., | ) |
| | ) |
|     Respondents. | ) |

**ORDER DENYING AS MOOT MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Before the Court is Attorney Anna Nelson's ("Nelson") Motion for Leave to Appear Pro Hac Vice in the Western District of Tennessee as representative for the Respondents. By the Court's Order of August 28, 2012, the case was transferred to the Western District of Louisiana. (ECF No. 9.) Nelson's Motion is therefore DENIED as moot.

So ordered this 1st day of April, 2013.

                                              s/ Samuel H. Mays, Jr.
                                              SAMUEL H. MAYS, JR.
                                              UNITED STATES DISTRICT JUDGE